_____

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 4, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE:  STEVEN LEE MILLER, | ) | CASE NO. 19-50958-KMS |
| DEBTOR | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| STEVEN LEE MILLER | ) | PLAINTIFF |
| | ) | |
| VS. | ) | ADV. PROC. NO. 19-06015-KMS |
| | ) | |
| JOHN BISSELL D/B/A SELECT ONE | ) | |
| AUTO SALES and JOHN DOE D/B/A | ) | |
| SELECT ONE AUTO SALES | ) | |
| | ) | DEFENDANTS |

### ORDER DISMISSING ADVERSARY PROCEEDING

This matter having come before the Court on the Debtor's request for sanctions and for damages contained within Debtor's Amended Complaint for Sanctions and for Damages [Dkt. #11], and the Court, being advised by the undersigned counsel that the parties have resolved this matter to their satisfaction, hereby ORDERS AND ADJUDGES:

The Adversary Proceeding 19-06015 is hereby dismissed with prejudice.

##END OF ORDER##

PRESENTED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
774 Avery Blvd N
Ridgeland, MS 39157
601-500-5533
trollins@therollinsfirm.com